RICK A. YARNALL                                                         E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**RICHARD C RAYNOHA**<br><br>         **Debtor**<br>**Attorney for Debtor:**<br>  **LEGAL SERVICES** | **CASE NO: BKS-22-13869-MKN**<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

**YOU WILL PLEASE TAKE FURTHER NOTICE that a creditor will receive no disbursement under the terms of the confirmed plan until an allowed proof of claim has been filed by or on behalf of such creditor.**

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim  (including, if appropriate, the payment of and rate of interest ), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution</u> within twenty-one (21) days of this notice. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection with a minimum of twenty-one (21) days notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution</u>. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

RICHARD C RAYNOHA

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **US BANK TRUST NATIONAL ASSOCIATION**<br>SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA  95501 | **$20,896.36**<br>AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00002 / COURT CLAIM # 2 | MORTGAGE ARREARS<br><br>100.00% TO BE PAID | 5489 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | **$1,037.82**<br>AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00003 / COURT CLAIM # 3 | UNSECURED<br><br>0-100% TO BE PAID** | 2465 |
| **SOUTH VALLEY RANCH COMMUNITY ASSOCIATION**<br>C/O UAR<br>6625 S VALLEY VIEW BLVD SUITE 300<br>LAS VEGAS, NV  89118 | **$1,450.48**<br>AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00004 / COURT CLAIM # 1 | SECURED<br><br>100.00% TO BE PAID | 0748 |
| **Synchrony/PayPal Credit**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | **$0.00**<br>AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00006 / COURT CLAIM # Not Filed | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID | 5572 |
| **US BANK TRUST NATIONAL ASSOCIATION**<br>SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA  95501 | **$972.60**<br>AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00009 / COURT CLAIM # 2 | MORTGAGE GAP<br><br>100.00% TO BE PAID | 5489 |
| **US BANK TRUST NATIONAL ASSOCIATION**<br>SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA  95501 | AT 0.00% INT<br>FROM 10/28/2022<br>TRUSTEE CLAIM# 00010 / COURT CLAIM # 2 | MORTGAGE PYMT ONGOING PD BY TT<br><br>100.00% TO BE PAID | 5489 |

**\*\*The exact percentage dividend to be paid, if any, to the unsecured creditors cannot be determined at this time and will not be determined until the closing of the case. There are many factors which can affect the dividend, such as, but not limited to: increased administrative expenses or other factors which may reduce the dividend; increased income to the estate which may increase the dividend; or a modified plan which may affect the dividend either way. Please refer to the latest Confirmed or Modified Chapter 13 Plan.**

Dated: 3/6/2023

/s/ Kim Baxter
for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee