_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 19, 2023

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger Ave Suite 820
Las Vegas, NV  89101
(702) 853-4500

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**IN RE:**
**RICHARD C RAYNOHA**

**Debtor**

BKS-22-13869-MKN
Chapter 13

Hearing Date:  09/14/2023
Hearing Time:  2:00 pm

**ORDER OF DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS**

A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

(X)  Trustee       ( ) Debtor(s)       ( ) Attorney for Debtor(s)       ( ) Other: , and said Motion having been considered by this Court, and good cause appearing therefore;

It is hereby ordered that the above-captioned proceedings under Chapter 13 be, and the same hereby is Dismissed for the Debtor(s) failure to:

- Make Plan payment

- Other: <u>Failure to provide copies of the 2022 IRS return and refund.</u>

Dated: September 18, 2023

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(JLG)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____The court has waived the requirement set forth in LR 9021(b)(1).

____No party appeared at the hearing or filed an objection to the motion.

__X__I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    None - no parties appeared

____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee

###